AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 8:08cr112 |
| GARY R. HOGAN | ) | USM No: 21530-047 |
| | ) | A. Michael Bianchi |
| Date of Previous Judgment: 07/22/2010 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 78 months months **is reduced to** 44 months .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Offense Level: 24 | | Amended Offense Level: 18 |
| Criminal History Category: VI | | Criminal History Category: VI |
| Previous Guideline Range: 100 to 125 months | | Amended Guideline Range: 57 to 71 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

## III. ADDITIONAL COMMENTS

This order is effective only in the event the retroactive amendments to the Sentencing Guidelines are law on the effective date of this order.

Except as provided above, all provisions of the judgment dated 07/22/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/28/2011

*Judge's signature*

Effective Date: 11/01/2011
*(if different from order date)*

Joseph F. Bataillon , Chief District Judge
*Printed name and title*